UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE                                            :    BANKRUPTCY NO. 05-11856
                                                 :    CHAPTER 13
HARRY E. & ESTHER L. TURK,                       :
DEBTORS                                          :
                                                 :
        HARRY E. AND ESTHER L. TURK,             :    ADVERSARY NO. 06-1203
        Plaintiffs                               :    DOCUMENT NO. 1
                        vs.                      :
        ALEGIS GROUP, L.P., WELLS                :
        FARGO FINANCIAL CORPORATION              :
        and BENEFICIAL FINANCE,                  :
        Defendants                               :

## MEMORANDUM AND ORDER

Debtors' Complaint seems to ask for relief against, among others, Capital One

FSB. However, that entity is not named in the caption. Alegis Group, L.P., is named in

the caption, but no relief is requested as against it.

Plaintiff Debtors only asks, and their proposed order would provide, that the

residence be valued at $88,000. We presume that the purpose of the Complaint is to have

certain liens adjudicated to be void, but neither the Complaint nor the proposed order

asks for such relief.

It is therefore ORDERED that the Complaint is dismissed, without prejudice, and

may be amended within 20 days.

Dated: _April 12, 2007_                    _Warren W. Bentz_
                                           Warren W. Bentz
                                           United States Bankruptcy Judge

**FILED**

APR 1 1 2007

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA
ERIE OFFICE

**Plaintiff shall serve a copy
of this order on the
Chapter 13 Trustee by way
of regular first class mail.
The Clerk shall close
this Adversary.**